No. 82–97.   AMUSEMENT & MUSIC OPERATORS ASSN. *v.* COPYRIGHT ROYALTY TRIBUNAL ET AL.   C. A. 7th Cir. Certiorari denied.

No. 82–103.   RANK ET AL. *v.* NIMMO ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–109.   ZUCKERMAN *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 82–114.   OLIVA-CANTU *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–117.   NUNZIATA *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 82–126.   SOOJIAN ET AL. *v.* DONALDSON ET AL. C. A. 9th Cir.   Certiorari denied.

No. 82–161.   SHORTBULL *v.* LOOKING ELK ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 82–162.   HILTON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 82–191.   WHITE TOOL & MACHINE CO. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 6th Cir.   Certiorari denied.

No. 82–196.   CIRAMI ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 82–197.   MARESSA *v.* NEW JERSEY MONTHLY ET AL. Sup. Ct. N. J.   Certiorari denied.

No. 82–205.   RESORTS INTERNATIONAL, INC., ET AL. *v.* NJM ASSOCIATES, DBA NEW JERSEY MONTHLY, ET AL. Sup. Ct. N. J.   Certiorari denied.